MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Anish Sam Mathew

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Parv Verma

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:25-cv-13262
Judge: Behm, F. Kay
MJ: Patti, Anthony P.
Filed: 10-16-2025 At 10:03 AM
CMP MATHEW V VERMA (LG)

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anish Sam Mathew |
| Street Address | 862 Yorktown Ct |
| City and County | Northville, Oakland County |
| State and Zip Code | MI, 48167 |
| Telephone Number | 2487729102 |
| E-mail Address | legal@northvilletech.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Parv Verma |
| Job or Title (if known) | |
| Street Address | 20/01B, Lucky Apartment, Old Tehsil Road |
| City and County | Delhi |
| State and Zip Code | India, 110001 |
| Telephone Number | +91 99928 05491 |
| E-mail Address (if known) | parvverma2001@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

Defendant No. 4

  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  [✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
This case arises under the Copyright Act of the United States, 17 U.S.C. § 101 et seq., including 17 U.S.C. § 501 for copyright infringement. The plaintiff alleges that the defendant violated federal copyright law by reproducing, distributing, and displaying the plaintiff's copyrighted video content without authorization.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____,
       is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Anish Mathew, of 862 Yorktown Ct, Northville, MI 48167, operates the YouTube channel Northville Tech and is the sole creator and owner of the works at issue.

Defendant Parv Verma, residing at 20/01B Lucky Apartment, Old Tehsil Road, Delhi, 110001, India, operates the YouTube channel Technical Bakugan.

Plaintiff created and published original screen-recorded tutorial videos including, but not limited to:
    (a) "Delete a Zelle Recipient in Bank of America App" (Video ID Y-UYNtHmlKw);
    (b) "How to Get Statements from Bank of America App" (Video ID XvvQxNO9t2U);
    (c) "How to Order Checks from Chase" (Video ID gadfczwf_X4).

Defendant reproduced substantial portions of Plaintiff's videos and re-uploaded them on YouTube through Technical Bakugan, monetizing them for profit.

Defendant resides in India but lists his channel location as the United States to manipulate YouTube's algorithm and increase U.S. visibility.

Defendant is in India, he cannot lawfully access U.S. or Canadian bank accounts shown in his tutorials; the only source of those recordings is unauthorized copying from Plaintiff and other U.S creators.

Review of Defendant's channel shows a pattern of copying U.S. and Canadian banking tutorials for monetized gain.

**Attachment to Section III – Statement of Claim (continued)**

Plaintiff previously filed DMCA takedowns against Defendant for nearly identical acts. Defendant responded with false counter-notifications asserting "fair use," then deleted the videos after temporary reinstatement — showing knowledge of infringement and bad faith.

Defendant's actions constitute willful and repeated infringement and abuse of the DMCA process.

YouTube requires proof of federal litigation to maintain removal of infringing videos, this lawsuit is necessary to preserve Plaintiff's rights.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual Damages and Profits – Pursuant to 17 U.S.C. § 504(b), award Plaintiff actual damages suffered as a result of Defendant's infringement and any profits Defendant obtained through monetization of the infringing videos.

Injunctive Relief – Pursuant to 17 U.S.C. § 502, issue a permanent injunction restraining Defendant, and anyone acting in concert with him, from reproducing, distributing, displaying, or otherwise using Plaintiff's works on YouTube or any other online platform without authorization.

Order to YouTube/Google LLC – Direct YouTube/Google LLC to permanently remove all infringing copies of Plaintiff's videos from the "Technical Bakugan" channel and suspend monetization of that channel for repeated infringement under 17 U.S.C. § 512(i).

Costs of Action – Award Plaintiff the costs of this action and such other relief as the Court deems equitable and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-15 , 20 25 .

Signature of Plaintiff

Printed Name of Plaintiff: Anish Sam Mathew

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Plaintiff incorporates by reference the attached continuation pages for Section III which provide additional details of the Statement of Claim.

Plaintiff attaches additional supporting facts and exhibits labeled Exhibits A & B.

7

# EXHIBIT A – List of Infringing Videos

**Infringing Video 1**

Plaintiff's Original Video Title: How to Get Statements from Bank of America App

Plaintiff's Original Video Link: https://www.youtube.com/watch?v=XvvQxNO9t2U

Original Upload Date: July 26, 2022

Infringing Video Title: BOA Statement Download | Print or View Bank of America Statement online BOA App |Transaction History

Infringing Video Link: https://www.youtube.com/watch?v=E-7nem82Lg4

Infringing Video Upload Date: 16 September 2023

Infringement Details:

My original content appears in my video from 0:13 to 1:13

(https://www.youtube.com/watch?v=XvvQxNO9t2U&t=13)


The same footage appears in the infringing video from 0:00 to 0:30

(https://www.youtube.com/watch?v=E-7nem82Lg4)

> The infringing video reproduces the **exact same footage** as my original, including identical screen layout, transaction balance, and sequence of actions.
>
> Both videos show the same **personal checking account balance of $2.05** and **the year 2022** on the Bank of America statements page.
>
> My video branding and original background were cropped out, and a different background was added to disguise the copy.
>
> The infringing channel who is in India **monetized** the copied video, profiting directly from my original work created using my personal U.S Bank account.

**Infringing Video 2**

Plaintiff's Original Video Title: How To Order Checks From Chase

Plaintiff's Original Video Link: https://www.youtube.com/watch?v=gadfczwf_X4

Original Upload Date: November 25, 2022

Infringing Video Title: Chase Order Checks | Order Chequebook Chase Bank | Chase Personalized Checks Book order online fast

Infringing Video Link: https://www.youtube.com/watch?v=JiqRIqbU0cE

Infringing Video Upload Date: June 22, 2023

Infringement Details: Defendant's videos copied Plaintiff's content nearly in full, including sensitive personal account details that revealed Plaintiff's private financial information.

**Infringing Video 3**

Plaintiff's Original Video Title: Delete a Zelle Recipient in Bank of America App

Plaintiff's Original Video Link:https://www.youtube.com/watch?v=Y-UYNtHmlKw

Original Upload Date: April 21,2021

Infringing Video Title: Delete Zelle Recipient from Bank of America App | Remove BOA Recipient Zelle | Delete Zelle Contact

Infringing Video Link: https://www.youtube.com/watch?v=YbHVSWmbccl

Infringing Video Upload Date: September 30, 2023

Infringement Details:

- My original content appears in the infringing video from **0:00:13 to 0:00:30** (https://www.youtube.com/watch?v=YbHVSWmbccl&t=13)
- The same portion appears in my original source video from **0:00:35 to 0:01:54** (https://www.youtube.com/watch?v=Y-UYNtHmlKw&t=35)

The infringing video contains identical screen-recorded footage from my video, including:

- The exact same **dollar amount ($25.00)** and **transaction date (May 17)** displayed in the Bank of America app. ( Screenshots attached)
- The same **list of Zelle recipient emails** (blurred for privacy).
- My original screen-recording watermark area has been **cropped out**, and a different background was added to disguise the copy.

# EXHIBIT B – YouTube Counter-Notification Email (Oct 7 2025)

This exhibit is a true and correct copy of the email received by Plaintiff from **YouTube Copyright youtube-disputes+07ky7s9je8bjv0h@google.com** on **October 7, 2025**, regarding Defendant's counter-notification submitted in response to Plaintiff's DMCA takedown of the infringing video titled **"Delete Zelle Recipient from Bank of America App."**

The email confirms:

1. YouTube's notice that legal action must be taken within 10 U.S. business days to prevent reinstatement of the infringing video;

2. Defendant **Parv Verma's** admission that he filed the counter-notification and his consent to the jurisdiction of a U.S. Federal District Court; and

3. That this lawsuit is necessary to maintain removal of the infringing video from YouTube.

---

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=YbHVSWmbccl

Display name of uploader: Technical Bakugan

I believe this strike is invalid, as copyright law includes exceptions that allow the use of copyrighted works under certain conditions without permission. One such exception is Fair Use, which applies to educational, commentary, criticism, news reporting, and research purposes. Transformative uses—those that add new meaning, expression, or message—are particularly favored. My video, "Delete Zelle Recipient from BOA App" is an educational tutorial designed to help individuals unfamiliar with digital banking services. To teach effectively, references from external sources are sometimes necessary, as it is impractical to create everything from scratch. While my video may display some visuals from external sources, but no one's personal identities—such as names, bank account numbers, or addresses—are exposed. As The visible balance does not violate anyone's privacy, as it is publicly available and already in circulation. Additionally, I did not directly download and re-upload someone else's content. Under Fair Use, I have added original elements, including my own voice-over, extra footages, explanations, and commentary, making it a transformative work. Although my content may appear similar to the claimant's, a closer examination reveals significant differences. My video is only 31 seconds, whereas the claimant's is approximately 1-2 minutes. Apart from my added voiceover I believe these are the actual values that my video delivers as it provides viewers fast, efficient guidance in small proportion of time of only 30 seconds. Furthermore, no proprietary content (such as logos, marketing materials or full documentation) has been copied. My video does not compete with / replace Bank of America's official content but instead enhances user understanding of the Bank of America app. In conclusion, my video misidentified; qualifies as transformative Fair Use. No proprietary content has been copied; No sensitive data has been exposed. I consent to share with claimant.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Parv Verma

Parv Verma
20/01B, Lucky Apartment, Old Tehsil Road
Delhi, 110001
India

parvverma2001@gmail.com

099928 05491

JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anish Sam Mathew

**DEFENDANTS**
Parv Verma

**(b)** County of Residence of First Listed Plaintiff: ~~United States~~ Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Oakland

Case: 4:25-cv-13262
Judge: Behm, F. Kay
MJ: Patti, Anthony P.
Filed: 10-16-2025 At 10:03 AM
CMP MATHEW V VERMA (LG)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
862 Yorktown ct, Northville, MI, 48167

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [x] 151 Medicare Act
- [x] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [x] 190 Other Contract
- [x] 195 Contract Product Liability

**PROPERTY RIGHTS**
- [x] 820 Copyrights

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 501

Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
JUDGE _____ DOCKET NUMBER _____

DATE: October 15, 2020
SIGNATURE OF ATTORNEY OF RECORD: AM

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

[ Save ]  [ Print ]  [ Reset ]  [ Exit ]